AO 245B-CAED(Rev. 11/2016) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | Case Number: **6:17MJ00011-001** |
| **MICHAEL JOSHUA HANRIHAN** | Defendant's Attorney: Mark Axup, Retained |

**THE DEFENDANT:**

[✓]   pleaded guilty to count(s) __1 & 4__ of the Complaint.

[ ]   pleaded nolo contendere to count(s) ___ which was accepted by the court.

[ ]   was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| CFR § 2.30(a)(1) | Obtaining or exercising unlawful possession over the property of another with the purpose to deprive the owner of the property. | 10/24/2016 | 1 |
| CFR § 2.35(c) | Presence in a park area when under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another person or damage property or park resources. | 10/24/2016 | 4 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on count(s) ___ .

[✓]   Count(s) __2-3__ are dismissed on the motion of the United States.

[ ]   Indictment is to be dismissed by District Court on motion of the United States.

[ ]   Appeal rights given.          [✓]      Appeal rights waived.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

*2/7/2017*
_____

Date of Imposition of Judgment

/s/ Michael J. Seng
_____

Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
_____

Name & Title of Judicial Officer

2/9/2017
_____

Date

AO 245-CAED(Rev. 11/2016) Sheet 4 - Misdemeanor Probation

DEFENDANT:**MICHAEL JOSHUA HANRIHAN**                                           Page 2 of 2
CASE NUMBER:**6:17MJ00011-001**

## PROBATION

The defendant is hereby sentenced to unsupervised probation for a term of :
<u>12 months</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1.  The Defendant's probation shall be unsupervised by the probation office.

2.  The Defendant is ordered to obey all federal, state, and local laws.

3.  The Defendant shall pay a fine of $990.00 and a special assessment of $10.00 for a total financial obligation of $1,000.00, which shall be paid in full within 60 days. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CLERK U.S.D.C.
    2500 Tulare Street, Rm 1501
    Fresno, CA 93721

4.  The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.

5.  Defendant shall pay restitution in an amount agreed upon by parties.

6.  Defendant shall Continue and Complete New Dawn Therapy and Continue attending Celebrate Recovery with Church within next 10 months and provide proof of completetion to counsel.