| | |
|---|---|
| 1 | Susan St. Vincent |
| 2 | Legal Officer |
| | NATIONAL PARK SERVICE |
| 3 | Legal Office |
| | P.O. Box 517 |
| 4 | Yosemite, California  95389 |
| 5 | Telephone:  (209) 372-0241 |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  6:17-MJ-0011-MJS |
| Plaintiff, | |
| v. | STIPULATION REGARDING RESTITUTION AMOUNT; AND ORDER THEREON |
| MICHAEL JOSHUA HANRIHAN, | |
| Defendant. | 60 DAY DEADLINE |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Michael Joshua Hanrihan, by and through his attorney of record, Mark S. Axup, that the amount of restitution due the victim in this matter, Aramark Services, Inc., is $138.00.  On February 2, 2017 Hanrihan plead guilty to violations of, Title 36 Code of Federal Regulation 2.35(c), being under the influence of alcohol to a degree he may have been a danger to himself or others; and Title 36, Code of Federal Regulations 2.30(a)(1), misappropriation.  At the time of sentencing, as a condition of his unsupervised probation, the court ordered Hanrihan to pay restitution as agreed by the parties.

The parties have subsequently reached an agreement for restitution in the amount of $138.00.  The restitution should be paid Aramark Services, Inc., Yosemite Operations, 9002 village Drive, Yosemite National Park, CA  95389 through the District

1

Court Finance Department.  The parties therefore request the Court issue an order setting the restitution amount as agreed upon by the parties.

Dated:  March 4, 2017        /S/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park

Dated:  January 2, 2018         /S/  Mark S. Axup
Mark S. Axup
Attorney for Defendant
Michael Joshua Hanrihan

**ORDER**

The Court, having considered, and agreeing with,  the parties Stipulation regarding restitution in Case No.  6:17-MJ-0011-MJS, HEREBY ORDERS AS FOLLOWS:

As a condition of his unsupervised probation, Defendant Michael Hanrihan shall pay restitution to Aramark Services, Inc. in the amount of $138. The said restitution shall be paid within 60 days of the date of this Order.

IT IS SO ORDERED.

Dated:  January 9, 2018         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE