AO 245B-CAED(Rev. 11/2016) Sheet 1 - Amended Judgment in a Criminal Case          (NOTE: Identify Changes with Asterisks*)

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | **THIRD AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | Case Number: **6:17MJ00011-001** |
| **MICHAEL JOSHUA HANRIHAN** | Defendant's Attorney: Mark Axup, Retained |

**Date of Original Judgment:** ___February 07, 2017___
(Or Date of Last Amended Judgment)

**Reason for Amendment:**

[ ] Correction of Sentence on Remand (Fed R. Crim. P. 35(a))

[ ] Reduction of Sentence for Changed Circumstances (Fed R. Crim. P. 35(b))

[ ] Correction of Sentence by Sentencing Court (Fed R. Crim. P. 35(c))

[ ] Correction of Sentence for Clerical Mistake (Fed R. Crim. P. 36)

[ ] Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3583(e))

[ ] Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

[ ] Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

[ ] Direct Motion to District Court Pursuant to [ ] 28 U.S.C. §2255, [ ] 18 U.S.C. §3559(c)(7), [✓] Modification of Restitution Order

**THE DEFENDANT:**

[✓] pleaded guilty to count(s) __1 & 4__ of the Complaint.

[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.

[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| CFR § 2.30(a)(1) | Obtaining or exercising unlawful possession over the property of another with the purpose to deprive the owner of the property. | 10/24/2016 | 1 |
| CFR § 2.35(c) | Presence in a park area when under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another person or damage property or park resources. | 10/24/2016 | 4 |

        The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .

[✓] Count(s) __2-3__ are dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[ ] Appeal rights given.          [✓] Appeal rights waived.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**2/7/2017**
_____
Date of Imposition of Judgment

/s/ Michael J. Seng
_____
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
_____
Name & Title of Judicial Officer

1/11/2018
_____
Date

DEFENDANT: **MICHAEL JOSHUA HANRIHAN**

CASE NUMBER: **6:17MJ00011-001**

# PROBATION

The defendant is hereby sentenced to unsupervised probation for a term of :
<u>12 months</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1.   The Defendant's probation shall be unsupervised by the probation office.

2.   The Defendant is ordered to obey all federal, state, and local laws.

3.   The Defendant shall pay a fine of $980.00 and a special assessment of $20.00 for a total financial obligation of $1,000.00, which shall be paid in full within 60 days. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

     CLERK U.S.D.C.
     2500 Tulare Street, Rm 1501
     Fresno, CA 93721

4.   The Defendant is ordered to personally appear for a Probation Review Hearing on 1/9/2018 at 10:00 am before U.S. Magistrate Judge Seng. A status report regarding the Defendant's performance on probation shall be filed 14 days prior to the Probation Review.

5.   The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.

6.   Defendant shall pay restitution in an amount agreed upon by parties.

7.   Defendant shall Continue and Complete New Dawn Therapy and Continue attending Celebrate Recovery with Church within next 10 months and provide proof of completetion to counsel.

AO 245B-CAED(Rev. 11/2016) Sheet 5 - Criminal Monetary Penalties

DEFENDANT: **MICHAEL JOSHUA HANRIHAN**                                                         Page 3 of 3
CASE NUMBER: **6:17MJ00011-001**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|        | Assessment | Fine     | Restitution |
|--------|-----------|----------|-------------|
| TOTALS | $20.00    | $980.00  | $138.00     |

[ ]  The determination of restitution is deferred until ____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

[✓]  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment colunm below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---------------|-------------|---------------------|------------------------|
| Aramark Services, Inc.<br>Yosemite Operations<br>9002 Village Drive<br>Yosemite National Park, CA 95389 | $0.00 | $138.00 | |
| **Totals** | $____ | **$138.00** | |

[ ]  Restitution amount ordered pursuant to plea agreement $ ____

[ ]  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalities for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[✓]  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

[✓]  The interest requirement is waived for the    [✓] fine   [✓] restitution

[ ]  The interest requirement for the    [ ] fine   [ ] restitution is modified as follows:

[ ]  If incarcerated, payment of the fine is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

[ ]  If incarcerated, payment of the restitution is due during imprisonment at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.