Susan St. Vincent
Yosemite Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 6:17-mj-0011-MJS |
| Plaintiff, | |
| v. | **AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |
| MICHAEL JOSHUA HANRIHAN, | |
| Defendant. | |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Michael Joshua HANRIHAN has failed to obey all laws and failed to report new law violations.

As the legal officer, I am aware that HANRIHAN, was charged with obtaining or exercising unlawful possession over the property of another, in violation of Title 36 Code of Federal Regulations, §2.30(a)(1); operating a vehicle while under the influence of

1

alcohol to a degree he was incapable of safe operations, in violation of Title 36 Code of Federal Regulations, §4.23(a)(1); operating a vehicle with a BAC greater than .08%, violation of Title 36 Code of Federal Regulations, §4.23(a)(2); and being present in a park area while under the influence of alcohol to a degree that may endanger oneself or another person, in violation of Title 36 Code of Federal Regulations § 2.35(c). On February 7, 2017, HANRIHAN plead guilty to obtaining or possessing unlawful possession over the property of another and being under the influence of alcohol to a degree that may endanger oneself or another person. HANRIHAN was sentenced to 12 months of unsupervised probation with the conditions he pay a $1000 fine, pay restitution as agreed by the parties, continue and complete New Dawn Therapy and continue attending Celebrate Recovery with his church, obey all laws, and report all new violations of the law to the Court within 7 days.

The government alleges HANRIHAN has violated the following condition(s) of his unsupervised probation:

CHARGE ONE:   FAILURE TO OBEY ALL LAWS

HANRIHAN was ordered to obey all laws. On January 5, 2018, HANRIHAN was arrested in Sacramento, CA, for violations of California Vehicle Code §23152(a), driving while under the influence and §23152(b) driving with a BAC greater than .08%.

CHARGE TWO:   FAILURE TO REPORT NEW VIOLATION

HANRIHAN was ordered to report any new violations or law enforcement contact to the Court and Legal Office within seven days of the incident. On January 5, 2018, HANRIHAN was arrested in Sacramento, CA, for the above violations. The Yosemite Legal Office learned of this arrest through a routine criminal history check while preparing for the review hearing in this matter.

//
//
//

I declare under penalty of perjury the information which I have set forth above and on the face of this Affidavit of Alleged Probation(s) is true to the best of my knowledge.

_1/18/18_
Date

Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

_1/18/18_
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California