Marks. Axup   SBN  112876
1012 19th Street
Sacramento, CA   95811
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL JOSHUA HANRIHAN,<br><br>　　　　　Defendant. | CASE NO. 6:17-mj-00011-MJS<br><br>**STIPULATION AND ORDER**<br><br>Date: February 27, 2018<br>Time: 9:00 a.m. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Review Hearing and Arraignment on Probation Violation Petition on February 23, 2018.

2. By this stipulation, defendant now moves to continue the Review Hearing and Arraignment on Probation Violation Petition until May 15, 2018.   Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

　a. Defendant is currently in a rehabilitation facility in San Rafael, CA., and has accepted service of the summons for Petition to Violate Probation herein.

　b. The government does not object to the continuance.

1

c. Because the defendant stands convicted by way of his prior guilty plea, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, et seq. are inapplicable to this continuance.

**IT IS SO STIPULATED**.

DATED: February 23, 2018          /s/ Mark S. Axup for
                                             MARK AXUP, ESQ.
                                             Atty. for Michael Joshua Hanrihan

DATED: February 23, 2018          Susan St. Vincent, Esq.
                                             Legal Officer
                                             Yosemite National Park
                                             By: /s/ Mark S. Axup for
                                             SUSAN ST, VINCENT, ESQ.

## **ORDER**

For good cause showing, the Court hereby continues the Judgment and Sentencing in this matter to May 15, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **February 23, 2018**            /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE

3